# EXHIBIT A

```
10:37:42              ALPHA CUSTOMER ORDER                      TEMPLE PA OPERATIONS                        WITHOUT INTERCO                              PGM:
12/22/09         EXCLUDES ZERO BALANCE CUSTOMERS          D E T A I L  A G E D  T R I A L  B A L A N C E    THRU 12/22/09                                Page
                                                                 INVOICE PRINT LOCATION 110                                                               RKLI

ACCOUNT  NAME
         SALESPERSON                    A/R      UNDER  15   OVER  15   OVER  21   OVER  30   OVER  45    CREDIT LIMIT  HALT STS  FIN CHG        TOTAL
  I 4/07/08 REQUIRED        003867    327.10                                                   327.10    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 4/14/08 REQUIRED        006465    313.85                                                   313.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 4/17/08 .               007728    322.65                                                   322.65    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 5/01/08 REQUIRED        012720    313.85                                                   313.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 5/15/08 .               017867    283.20                                                   283.20    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 5/22/08 .               020409    253.05                                                   253.05    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 6/05/08 .               023972    203.40                                                   203.40    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 6/05/08 .               025237    216.95                                                   216.95    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 6/12/08 .               027656    243.45                                                   243.45    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 6/23/08 REQUIRED        031395    287.35                                                   287.35    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 6/30/08 REQUIRED        033824    256.40                                                   256.40    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 7/08/08 .               036531    207.85                                                   207.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 7/15/08 .               038946    415.70                                                   415.70    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 7/24/08 .               042053    340.35                                                   340.35    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 7/31/08 .               044586    331.75                                                   331.75    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 8/07/08 .               046957    472.85                                                   472.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 8/14/08 .               049598    455.45                                                   455.45    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 8/21/08 .               052131    463.75                                                   463.75    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 8/28/08 .               054576    424.50                                                   424.50    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 9/04/08 .               056795    548.20                                                   548.20    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 9/11/08 .               059428    605.35                                                   605.35    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 9/18/08 .               061910    512.60                                                   512.60    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 9/25/08 .               064087    463.15                                                   463.15    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 10/02/08 REQUIRED       066572    539.10                                                   539.10    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 10/09/08 .              068992    539.10                                                   539.10    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 10/16/08 .              071326    415.70                                                   415.70    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 12/03/07 .              957884    383.20                                                   383.20    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 12/06/07 .              959205    404.45                                                   404.45    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 12/12/07 .              961407    328.85                                                   328.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 12/17/07 .              963155    302.40                                                   302.40    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 12/20/07 .              964452    344.60                                                   344.60    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 12/26/07 .              966319    509.20                                                   509.20    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 12/27/07 .              966754    316.25                                                   316.25    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 1/02/08 .               968701    378.00                                                   378.00    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 1/07/08 REQUIRED        970460    323.15                                                   323.15    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 1/16/08 .               973932    439.45                                                   439.45    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 1/21/08 REQUIRED        975620    404.00                                                   404.00    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 1/28/08 REQUIRED        978256    424.45                                                   424.45    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 2/04/08 REQUIRED        980879    366.85                                                   366.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 2/11/08 REQUIRED        983459    393.35                                                   393.35    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 2/14/08 .               984759    260.85                                                   260.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 2/18/08 REQUIRED        985893    291.50                                                   291.50    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 2/25/08 REQUIRED        988484    309.40                                                   309.40    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 2/28/08 .               989829    256.70                                                   256.70    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 3/06/08 REQUIRED        992340    406.30                                                   406.30    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 3/13/08 .               994966    319.00                                                   319.00    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -
  I 3/24/08 REQUIRED        998738    366.85                                                   366.85    INVOICE  LOCS: Bill -  110 Ship -  110 Inv -

44002 MERCURIO PRODUCE
      ROBERT SEAY                   17,285.45                                                17,285.45                    20,000.00  2MGR OVER           17,2

        AGING TOTAL                 17,285.45                                                17,285.45

        A/R         1 ACCOUNTS            .00
   FINANCE CHARGE                         .00
        TOTAL A/R                   17,285.45
```

```
PGM:
10:37:42
12/22/09

           A G E D   T R I A L   B A L A N C E   R E P O R T   S E L E C T I O N

           PRINT SELECTION : By INVOICE Location - TEMPLE PA OPERATIONS

                       SORT SELECTION:          ALPHA
                         ENDING DATE:           12/22/09
           INCLUDE ONLY IF OVER ?? DAYS OUT:
              INCLUDE CREDIT HALT ONLY:         N
                             LIST BY:
           INCLUDE ZERO BALANCE CUSTOMERS:      N
                 INCLUDE INTERCOMPANY:          N
                  DSD CUSTOMERS ONLY:           Y
                       SALESPERSON #:
                     CUSTOMER NUMBER:           44002  MERCURIO PRODUCE
              CUSTOMER MASTER NUMBER:
                   SUMMARY OR DETAIL:           D
```