**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **MONTEREY MUSHROOMS, INC., et al.,** | **Case No. 2:10-cv-197-ALM-TPK** |
| Plaintiffs, | **JUDGE ALGENON L. MARBLEY** |
| v. | **MAGISTRATE JUDGE KEMP** |
| **JOSEPH MERCURIO PRODUCE CORP., et al.,** | |
| Defendants. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the December 7, 2010 Order, Plaintiff's Motion for Default Judgment was GRANTED. Plaintiff Monterey is hereby entitled to recover from Defendants, jointly and severally, $23,507.21. Plaintiff Eakin is hereby entitled to recover from Defendants, jointly and severally, $12,491.40. The Defendants are additionally liable, jointly and severally, for attorneys fees and costs totaling $11,430.70. This award is subject to post-judgment interest at the federal statutory rate.

Date: **December 7, 2010**                                     **James Bonini, Clerk**

                                                                    s/Betty L. Clark
                                                                    Betty L. Clark/Deputy Clerk