# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., et al., ) | Case No. 2:10-cv-00197-ALM-TPK |
| Plaintiffs, ) | |
| v. ) | |
| JOSEPH MERCURIO PRODUCE CORP., ) et al., ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR RETURN OF GARNISHED FUNDS

This cause came before the Court upon the Motion of Plaintiffs for Return of Garnished Funds, per an agreement reached between the parties. Upon review of the Motion, and good cause appearing, the Motion is GRANTED. The Clerk is directed to return garnished funds in the amount of $1,576.00 to Huntington Bank, Garnishee.

IT IS SO ORDERED.

23 May 2011
Date

THE HONORABLE ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE